ANGELINO V. LATONA, *ET AL.*, PLAINTIFFS-RESPOND-
ENTS, v. CIRO AQUINO, *ET AL.*, DEFENDANTS-PETI-
TIONERS.

*Mr. Joseph Stanziale* and *Mr. Anthony P. LaPorta* for
the petitioners.

September 23, 1957.   Denied.

MAYOR AND COUNCIL OF THE BOROUGH OF NORTHVALE,
*ET. AL.*, PLAINTIFFS-RESPONDENTS, v. JOSEPH
ARGENTI, DEFENDANT-PETITIONER.

*Mr. William V. Breslin* for the petitioner.

*Mr. Jacob Schneider* for the respondent.

September 23, 1957.   Denied.